GAIL MAIORANA 025690
Krohn & Moss, Ltd.
5055 Wilshire Blvd, Suite 300
Los Angeles, CA  90036
T: (323) 988-2400; F: (866) 802-0021
nbontrager@consumerlawcenter.com
Attorneys for Plaintiffs
PAMELA SAVAGE AND
ALLAN SAVAGE

## IN THE UNITED STATES DISTRICT COURT,
## DISTRICT OF ARIZONA

| | |
|---|---|
| PAMELA SAVAGE AND ALLAN SAVAGE, | **Case No.:** |
| Plaintiffs, | **VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL** |
| vs. | **(Unlawful Debt Collection Practices)** |
| NIC, INC., d/b/a NEMOS INVESTIGATIONS AND COLLECTIONS, Defendant. | |

## VERIFIED COMPLAINT

PAMELA SAVAGE AND ALLAN SAVAGE (Plaintiffs), by their attorneys, KROHN & MOSS, LTD., allege the following against NIC, INC., d/b/a NEMOS  INVESTIGATIONS AND COLLECTIONS (Defendant):

### INTRODUCTION

1.  Count I of Plaintiffs' Verified Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).  According to the FDCPA, the United States Congress has found abundant evidence of the use of abusive, deceptive, and unfair debt collection practices by many debt collectors, and has determined that abusive debt collection practices contribute to the number of personal bankruptcies, to marital instability, to the loss of jobs, and to invasions of individual privacy.  Congress wrote the FDCPA to eliminate abusive debt collection practices by debt collectors, to insure that

those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged, and to promote consistent State action to protect consumers against debt collection abuses. *15 U.S.C. 1692(a) – (e).*

2. Plaintiffs bring this action to challenge Defendant's actions with regard to attempts by Defendant, a debt collector, to unlawfully and abusively collect a debt allegedly owed by Plaintiffs, and this conduct caused Plaintiffs' damages.

3. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## JURISDICTION AND VENUE

4. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy" and *28 U.S.C. 1367* grants this court supplemental jurisdiction over the state claims contained therein.

5. Because Defendant maintains a business office and conducts business in the state of Arizona, personal jurisdiction is established.

6. Venue is proper pursuant to *28 U.S.C. 1391(b)(1).*

7. Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

## PARTIES

8. Plaintiffs are natural persons residing in the Scottsdale, Maricopa County, Arizona and are allegedly obligated to pay a debt and is a "consumer" as that term is defined by *15 U.S.C. 1692a(3)*.

9. Defendant is a debt collector and sought to collect a consumer debt from Plaintiffs which was due and owing or alleged to be due and owing from Plaintiffs and are "debtors" as that term is defined by *Cal. Civ. Code § 1788.2(h)*.

- 2 -

VERIFIED COMPLAINT

10. Defendant has a business office in Phoenix, Maricopa County, Arizona.

11. Defendant uses instrumentalities of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and is a "debt collector" as that term is defined by *15 U.S.C. § 1692a(6)*.

12. Defendant is not a firm of attorneys or counselors at law and is a company that, in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection as that term is defined by *Cal. Civ. Code §1788.2(b)*, and is a "debt collector" as that term is defined by *Cal. Civ. Code §1788.2(c)*.

## FACTUAL ALLEGATIONS

13. Defendant constantly and continuously places collection calls to Plaintiffs, seeking and demanding payment for an alleged debt (see Exhibit A).

14. Defendant threatens legal action against Plaintiffs.

15. Defendant threatens to garnish Plaintiff's, PAMELA SAVAGE'S, wages.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

16. Defendant violated the FDCPA based on the following:

   a. Defendant violated *§1692d(2)* of the FDCPA by using obscene or profane language or language that the natural consequence of which is to abuse Plaintiffs

   b. Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring and engaging Plaintiffs in telephone conversations repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiffs.

   c. Defendant violated *§1692d(5)* of the FDCPA by placing telephone calls to Plaintiffs without meaningful disclosure of the caller's identity.

   d. Defendant violated *§1692e(4)* of the FDCPA by representing or implicating to Plaintiffs that nonpayment of the debt would result in garnishment of wages even

- 3 -

though such action is unlawful and Defendant has not and did not intend to take such action.

e.  Defendant violated *§1692e(5)* of the FDCPA by threatening to sue Plaintiffs even though such action could not be legally taken and Defendant has not and did not intend to take such action.

f.  Defendant violated *§1692e(11)* of the FDCPA failing to disclose in subsequent communications that the communication is from a debt collector.

g.  Defendant violated *§1692g(a)(1-5)* by failing to provide appropriate notice of the debt within 5 days after the initial communication including: (1) the amount of the debt; (2) the name of the creditor to whom the debt is owed; (3) a statement that unless the consumer, within 30 days after receipt of the notice, disputes the validity of the debt, or any portion thereof, the debt will be assumed to be valid by the debt collector; (4) a statement that if the consumer notifies the debt collector in writing within the 30-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and a copy of such verification or judgment will be mailed to the consumer by the debt collector; and (5) a statement that, upon the consumer's written request within the 30-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor.

17. As a direct and proximate result of one or more or all of the statutory violations above Plaintiffs have suffered emotional distress (see group Exhibit B).

WHEREFORE, Plaintiffs, PAMELA SAVAGE AND ALLAN SAVAGE, respectfully requests judgment be entered against Defendant, NIC, INC., d/b/a NEMOS INVESTIGATIONS AND COLLECTIONS, for the following:

VERIFIED COMPLAINT

18. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

19. Statutory damages pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

20. Actual damages,

21. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

22. Any other relief that this Honorable Court deems appropriate.

### DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiffs, PAMELA SAVAGE AND ALLAN SAVAGE, demand a jury trial in this cause of action

RESPECTFULLY SUBMITTED,

DATED:  September 29, 2008          KROHN & MOSS, LTD.

By: _Gail Maiorana_

Gail Maiorana
Attorney for Plaintiffs

- 5 -

VERIFIED COMPLAINT

**VERIFICATION OF COMPLAINT AND CERTIFICATION**

STATE OF ARIZONA

Plaintiffs, PAMELA SAVAGE AND ALLAN SAVAGE, states as follows:

1. We are the Plaintiffs in this civil proceeding.
2. We have read the above-entitled civil Complaint prepared by my attorneys and We believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. We believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. We believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. We have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit we have provided to our attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by our attorneys where appropriate, We have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), WE, PAMELA SAVAGE AND ALLAN SAVAGE, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: _9/26/08_          _Pamela Savage_
                          PAMELA SAVAGE

DATE: _9/26/08_          _Allan Savage_
                          ALLAN SAVAGE

- 6 -

VERIFIED COMPLAINT

**EXHIBIT A**

VERIFIED COMPLAINT

| Invoice Number | Account Number | Date Due | Page |
|---|---|---|---|
| 0690191438 | 370102993-00001 | 10/07/08 | 6 of 23 |

## Detail for Allan Savage: 480—415—0300

## Voice, continued

| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Charges | Long Dist/ Other Chgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/18 | 10:34A | 480—323—6379 | Peak | IN Allow | Phoenix AZ | Scottsdale AZ | 1 | --- | --- | --- |
| 8/19 | 8:22A | 000—000—0086 | Peak | PlanAllow,CallVM | Scottsdale AZ | Voice Mail CL | 2 | --- | --- | --- |
| 8/19 | 8:24A | 480—473—1180 | Peak | PlanAllow | Scottsdale AZ | Paradisvly AZ | 2 | --- | --- | --- |
| 8/19 | 9:18A | 000—000—0086 | Peak | PlanAllow,CallVM | Tempe AZ | Voice Mail CL | 3 | --- | --- | --- |
| 8/19 | 10:19A | 480—348—3777 | Peak | PlanAllow | Scottsdale AZ | Scottsdale AZ | 2 | --- | --- | --- |
| 8/19 | 10:22A | 480—348—3777 | Peak | PlanAllow | Scottsdale AZ | Incoming CL | 1 | --- | --- | --- |
| 8/19 | 10:27A | 480—515—1115 | Peak | PlanAllow | Scottsdale AZ | Paradisvly AZ | 5 | --- | --- | --- |
| 8/19 | 4:09P | 480—415—0400 | Peak | IN Allow | Tempe AZ | Gilbert AZ | 1 | --- | --- | --- |
| 8/19 | 5:26P | 000—000—0086 | Peak | PlanAllow,CallVM | Scottsdale AZ | Voice Mail CL | 2 | --- | --- | --- |
| 8/20 | 8:18A | 602—329—1169 | Peak | PlanAllow | Scottsdale AZ | Phoenix AZ | 2 | --- | --- | --- |
| 8/20 | 9:06A | 480—607—9521 | Peak | PlanAllow | Scottsdale AZ | Scottsdale AZ | 2 | --- | --- | --- |
| 8/20 | 9:08A | 602—509—7527 | Peak | PlanAllow | Tempe AZ | Phoenix AZ | 1 | --- | --- | --- |
| 8/20 | 11:54A | 000—000—0086 | Peak | PlanAllow,CallVM | Scottsdale AZ | Voice Mail CL | 1 | --- | --- | --- |
| 8/20 | 12:03P | 602—509—7527 | Peak | PlanAllow | Scottsdale AZ | Phoenix AZ | 1 | --- | --- | --- |
| 8/20 | 12:37P | 480—990—2100 | Peak | PlanAllow | Scottsdale AZ | Incoming CL | 2 | --- | --- | --- |
| 8/20 | 2:41P | 602—996—4786 | Peak | PlanAllow | Scottsdale AZ | Phoenix AZ | 4 | --- | --- | --- |
| 8/20 | 4:12P | 480—990—2100 | Peak | PlanAllow | Tempe AZ | Scottsdale AZ | 2 | --- | --- | --- |
| 8/20 | 4:59P | 480—621—6358 | Peak | PlanAllow | Scottsdale AZ | Incoming CL | 3 | --- | --- | --- |
| 8/21 | 9:59A | 000—000—0086 | Peak | PlanAllow,CallVM | Scottsdale AZ | Voice Mail CL | 1 | --- | --- | --- |
| 8/21 | 11:06A | 480—502—5078 | Peak | PlanAllow | Tempe AZ | Paradisvly AZ | 1 | --- | --- | --- |
| 8/21 | 11:08A | 623—594—1000 | Peak | PlanAllow | Scottsdale AZ | Phoenix AZ | 1 | --- | --- | --- |
| 8/21 | 11:09A | 602—770—2152 | Peak | IN Allow | Scottsdale AZ | Phoenix AZ | 9 | --- | --- | --- |
| 8/21 | 11:35A | 000—000—0086 | Peak | PlanAllow,CallVM | Tempe AZ | Voice Mail CL | 3 | --- | --- | --- |
| 8/21 | 11:40A | 480—323—6379 | Peak | IN Allow | Scottsdale AZ | Scottsdale AZ | 2 | --- | --- | --- |
| 8/21 | 11:41A | 480—990—2100 | Peak | PlanAllow | Scottsdale AZ | Scottsdale AZ | 2 | --- | --- | --- |
| 8/21 | 11:44A | 602—253—9376 | Peak | PlanAllow | Scottsdale AZ | Phoenix AZ | 12 | --- | --- | --- |
| 8/21 | 11:55A | 480—446—9293 | Peak | PlanAllow | Scottsdale AZ | Tempe AZ | 8 | --- | --- | --- |
| 8/21 | 12:03P | 480—831—7932 | Peak | PlanAllow | Scottsdale AZ | Tempe AZ | 3 | --- | --- | --- |
| 8/21 | 12:08P | 602—677—6564 | Peak | IN Allow | Scottsdale AZ | Phoenix AZ | 3 | --- | --- | --- |
| 8/21 | 12:13P | 480—515—1115 | Peak | PlanAllow | Scottsdale AZ | Incoming CL | 1 | --- | --- | --- |
| 8/21 | 12:15P | 000—000—0086 | Peak | PlanAllow,CallVM | Tempe AZ | Voice Mail CL | 1 | --- | --- | --- |
| 8/21 | 12:16P | 480—990—2100 | Peak | PlanAllow | Tempe AZ | Scottsdale AZ | 3 | --- | --- | --- |
| 8/21 | 3:07P | 000—000—0086 | Peak | PlanAllow,CallVM | Tempe AZ | Voice Mail CL | 1 | --- | --- | --- |
| 8/21 | 5:53P | 480—415—0400 | Peak | IN Allow | Scottsdale AZ | Incoming CL | 1 | --- | --- | --- |
| 8/21 | 7:19P | 000—000—0086 | Peak | PlanAllow,CallVM | Tempe AZ | Voice Mail CL | 1 | --- | --- | --- |
| 8/22 | 9:19A | 000—000—0086 | Peak | PlanAllow,CallVM | Scottsdale AZ | Voice Mail CL | 1 | --- | --- | --- |
| 8/22 | 9:44A | 928—300—9040 | Peak | IN Allow | Tempe AZ | Jerome AZ | 2 | --- | --- | --- |
| 8/22 | 9:46A | 480—272—1934 | Peak | IN Allow | Tempe AZ | Gilbert AZ | 3 | --- | --- | --- |
| 8/22 | 10:07A | 480—606—8442 | Peak | IN Allow | Scottsdale AZ | Gilbert AZ | 1 | --- | --- | --- |
| 8/22 | 10:28A | 480—607—9521 | Peak | PlanAllow | Scottsdale AZ | Scottsdale AZ | 2 | --- | --- | --- |
| 8/22 | 10:48A | 480—990—2100 | Peak | PlanAllow | Scottsdale AZ | Scottsdale AZ | 3 | --- | --- | --- |
| 8/22 | 11:20A | 602—771—7780 | Peak | PlanAllow | Scottsdale AZ | Phoenix AZ | 4 | --- | --- | --- |
| 8/22 | 11:28A | 602—265—1770 | Peak | PlanAllow | Scottsdale AZ | No Phoenix AZ | 4 | --- | --- | --- |
| 8/22 | 12:08P | 480—990—2100 | Peak | PlanAllow | Scottsdale AZ | Incoming CL | 3 | --- | --- | --- |
| 8/22 | 12:47P | 480—606—8442 | Peak | IN Allow | Scottsdale AZ | Incoming CL | 2 | --- | --- | --- |



# MISSED CALLS-8

[No Name]

602-996-4786

Sep 17, 2008   8:32 am

Message   (OK)   Options

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**<u>EXHIBIT B</u>**

VERIFIED COMPLAINT

I have suffered from the following due to, or made worse by, the actions of the Defendant's debt collection activities:

1. Sleeplessness — YES ~~NO~~
2. Fear of answering the telephone — YES NO
3. Nervousness — YES NO
4. Fear of answering the door — YES NO
5. Embarrassment when speaking with family or friends — YES NO
6. Depressions (sad, anxious, or "empty" moods) — YES NO
7. Chest pains — YES NO
8. Feelings of hopelessness, pessimism — YES NO
9. Feelings of guilt, worthlessness, helplessness — YES NO
10. Appetite and/or weight loss or overeating and weight gain — YES NO
11. Thoughts of death, suicide or suicide attempts — YES NO
12. Restlessness or irritability — YES NO
13. Headache, nausea, chronic pain or fatigue — YES NO
14. Negative impact on my job — YES NO
15. Negative impact on my relationships — YES NO

Other physical or emotional symptoms you believe are associated with abusive debt collection activities:_____

_____

_____

_____

_____

_____

*Pursuant to 28 U.S.C. § 1746(2), I hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.*

Dated: _9/26/08_

Signed Name _____

Printed Name _____

I have suffered from the following due to, or made worse by, the actions of the Defendant's debt collection activities:

1. Sleeplessness — YES  NO
2. Fear of answering the telephone — YES  NO
3. Nervousness — YES  NO
4. Fear of answering the door — YES  NO
5. Embarrassment when speaking with family or friends — YES  NO
6. Depressions (sad, anxious, or "empty" moods) — YES  NO
7. Chest pains — YES  NO
8. Feelings of hopelessness, pessimism — YES  NO
9. Feelings of guilt, worthlessness, helplessness — YES  NO
10. Appetite and/or weight loss or overeating and weight gain — YES  NO
11. Thoughts of death, suicide or suicide attempts — YES  NO
12. Restlessness or irritability — YES  NO
13. Headache, nausea, chronic pain or fatigue — YES  NO
14. Negative impact on my job — YES  NO
15. Negative impact on my relationships — YES  NO

Other physical or emotional symptoms you believe are associated with abusive debt collection activities:_____

_____

_____

_____

_____

_____

_____

*Pursuant to 28 U.S.C. § 1746(2), I hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.*

Dated: _9/26/08_          _Pamela Savage_
                          Signed Name

                          _Pamela Savage_
                          Printed Name