Ryan Lee, Esq. (SBN 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd. Suite 401
Los Angeles, CA 90025
Telephone: (323) 988-2400
rlee@consumerlawcenter.com
Attorney for Plaintiffs,
Allan and Pamela Savage

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Allan and Pamela Savage, | No. CIV 08-1780-PHX-JAT |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT** |
| NIC, Inc. | |
| Defendants. | |

**TO: DEFENDANT AND ITS ATTORNEY, WILLIAM HOLDER:**

Plaintiff hereby accepts Defendant's Rule 68 Offer of Judgment served and filed herein in the above matter, and attached hereto as <u>Exhibit A</u>.

RESPECTFULLY SUBMITTED,

- 2 -

1  DATED:  September 8, 2009          KROHN & MOSS, LTD.

                              By:                        /s/ Ryan Lee

                                   Ryan Lee
                                   Attorney for Plaintiff

## **EXHIBIT A**