William W. Holder   #009478
Skarecky & Holder, P.A.
3130 North Third Avenue, #300
Phoenix, Arizona 85013
(602) 248-0393
Attorneys for Defendant NIC, Inc., dba
  Nemo's Investigation and Collections

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Pamela Savage and Allan Savage, | |
|---|---|
| Plaintiffs, | No. 2:08-cv-01780-JAT |
| v. | OFFER OF JUDGMENT |
| NIC, Inc., dba Nemo's Investigations and Collections, | |
| Defendant. | |

Pursuant to Rule 68, F.R.C.P., defendant offers to allow judgment be entered in the amount of $2,000.00, plus costs accrued, and for an additional award of attorney fees to plaintiffs, the amount thereof to be determined based upon plaintiff's application for attorney fees, response and reply.

_____
WILLIAM W. HOLDER   #009478
Dated: August 11, 2009
Attorneys for Defendant

ORIGINAL of the foregoing
mailed and e-mailed this
11th day of August, 2009, to:

Ryan Lee, Esq.
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., #401
Los Angeles, California 90025
Attorneys for Plaintiffs

_____