IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Allan Savage; Pamela Savage, | No. CV 08-1780-PHX-JAT |
| Plaintiffs, | **ORDER** |
| vs. | |
| NIC, Inc., | |
| Defendant. | |

Based on Plaintiff's acceptance of offer of judgment (Doc. #30),

IT IS ORDERED that the Clerk of the Court is directed to enter judgment in favor of Plaintiff and against Defendant in the amount stated in the offer of judgment and to close this case on September 21, 2009, unless by September 18, 2009, either party files an objection to the entry of judgment.[1]

DATED this 10th day of September, 2009.

James A. Teilborg
United States District Judge

---

[1] If judgment is entered, the Final Pretrial Conference currently set for November 2, 2009 will be deemed to be vacated.