1  Ryan Lee, Esq. (SBN 024846)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd. Suite 401
   Los Angeles, CA  90025
3  Telephone: (323) 988-2400
   rlee@consumerlawcenter.com
4  Attorney for Plaintiffs,
   Allan and Pamela Savage
5

6              IN THE UNITED STATES DISTRICT COURT

7                 FOR THE DISTRICT OF ARIZONA

8

9   Allan and Pamela Savage,              No.  CIV 08-1780-PHX-JAT

10                        Plaintiff,

11  v.                                    **NOTICE OF ACCEPTANCE OF
                                          RULE 68 OFFER OF JUDGMENT**
12  NIC, Inc.

13                        Defendants.

14

15

16  **TO:   DEFENDANT AND ITS ATTORNEY, WILLIAM HOLDER:**

17         Plaintiff hereby accepts Defendant's Rule 68 Offer of Judgment served and

18  filed herein in the above matter, and attached hereto as Exhibit A.

19

20

21                        RESPECTFULLY SUBMITTED,

22

23

24

25

- 1 -

DATED:  September 8, 2009              KROHN & MOSS, LTD.


                            By:                        /s/ Ryan Lee

                                   Ryan Lee
                                   Attorney for Plaintiff

NOTICE OF ACCEPTANCE OF RULE 68 OFFER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## EXHIBIT A

NOTICE OF ACCEPTANCE OF RULE 68 OFFER