## Savage, Pamela & Allan v. Nemos Investigations and Collections
Matter ID: AZ215C08NK

| Date | Timekeeper | Description | Time (hrs) |
|---|---|---|---|
| Mon Aug 31,2009 | Ryan Lee | **Anticipated Time Entry** Review Defendant's response to petition for attorneys' fees and costs (.2); review cases cited by Defendant (.5); prepare reply to petition (1.5); Lee, Ryan / Attorney | 2.20 |
| Tue Aug 18,2009 | Adam Krohn | **Anticipated Time Entry** Review and approve petition for attorneys' fees and costs; Krohn, Adam / Managing Partner and Consulting Non-Arizona Attorney | 0.20 |
| Thu Aug 13,2009 | Ryan Lee | **Anticipated Time Entry** Prepare petition for attorneys' fee and costs pursuant to settlement (.5); prepare supporting affidavits of other consumer attorneys (.3); put together petition with supporting documents (.2); prepare correspondence to each affiant (.3); Lee, Ryan / Attorney | 1.30 |
| Fri Jul 31,2009 | Ryan Lee | Telephone conversation with client regarding result of Motion for Summary Judgment; reviewed billing; prepared settlement demand to opposing counsel; memo to file; Lee, Ryan / Attorney | 0.20 |
| Tue Jul 28,2009 | Ryan Lee | Received and reviewed Order regarding Defendant's Motion for Summary Judgment; forwarded to all attorneys; memo to file; Lee, Ryan / Attorney | 0.30 |
| Wed Jul 1,2009 | Karen Eisenberg | Prepared the notice of change of address form; e-filed the notice with court's website; saved filed stamped copy; and copied to counsel; Eisenberg, Karen / Paralegal | 0.40 |
| Tue Jun 16,2009 | Ryan Lee | Received and reviewed Defendant's Reply Brief in Support of Motion for Summary Judgment; memo to file; Lee, Ryan / Attorney | 0.20 |
| Mon Jun 8,2009 | Adam Krohn | Reviewed and approved the final version of the Motion for Summary Judgment response and emailed associate approval for filing; Krohn, Adam / Managing Partner and Consulting Non-Arizona Attorney | 0.20 |
| Mon Jun 8,2009 | Christina Brace | E-filed Response in Opposition to Motion for Summary Judgment and Statement of Facts in support thereof with Exhibit A and B as attachments; saved filed copies ; Brace, Christina / Paralegal | 0.40 |
| Mon Jun 8,2009 | Adam Hill | Finalized Response in Opposition to Defendant's Motion for Summary Judgment; reviewed notes from Scott Cohen and discussed (.2); revised response brief per Scott Cohen's edits (.5); proof read response (.2); finalized and sent to paralegal for filing (.1); Hill, Adam / Consulting Non- Arizona Attorney | 1.00 |
| Fri Jun 5,2009 | Adam Hill | Reviewed all documents and facts; prepared statement of facts in support of Plaintiffs' Opposition to Defendant's Motion for Summary Judgment and sent to Scott Cohen for review; Hill, Adam / Consulting Non-Arizona Attorney | 2.00 |
| Fri Jun 5,2009 | Adam Krohn | Reviewed Motion for Summary Judgment and supporting documents (.2); reviewed draft of response from associate (.3); discussed with associate and e-mailed needed changes (.2); Krohn, Adam / Managing Partner and Consulting Non-Arizona Attorney | 0.70 |
| Thu Jun 4,2009 | Adam Hill | Finalized draft of Response in Opposition to Defendant's Motion for Summary Judgment and sent to Scott Cohen for review; Hill, Adam / Consulting Non-Arizona Attorney | 4.00 |

| Date | Person / Description | Hours |
|---|---|---|
| Tue Jun 2, 2009 | Adam Hill<br>Continued preparing draft of Response to Defendant's Motion for Summary Judgment; Hill, Adam / Consulting Non-Arizona Attorney | 2.00 |
| Mon Jun 1, 2009 | Adam Hill<br>Reviewed Defendant's Motion for Summary Judgment (.5); made notes regarding Defendant's argument (.5); reviewed deposition transcripts (1.0); began preparing outline of argument (.5); Hill, Adam / Consulting Non-Arizona Attorney | 2.50 |
| Wed May 27, 2009 | Ryan Lee<br>Reviewed Scheduling Order regarding filing the Notice of Readiness for Pre-Trial Conference; spoke with clerk to confirm contents and date of filing; adjusted the calendar accordingly; memo to file; Lee, Ryan / Attorney | 0.40 |
| Fri May 8, 2009 | Ryan Lee<br>Reviewed request for Defendant's Deposition transcript; contacted court reporter; consulted with Adam Krohn; Lee, Ryan / Attorney | 0.50 |
| Fri May 8, 2009 | Adam Hill<br>Preliminary review of Defendant's Motion for Summary Judgment (.2); reviewed Complaint (.1); reviewed notes form Adam Krohn and Ryan Lee (.1); Hill, Adam / Consulting Non-Arizona Attorney | 0.40 |
| Thu May 7, 2009 | Adam J Krohn<br>Received and reviewed Motion for Summary Judgment; prepared memo to Adam Hill regarding response; Krohn, Adam / Managing Partner and Consulting Non-Arizona Attorney | 0.50 |
| Tue Apr 14, 2009 | Ryan Lee<br>Received call from Mr. Savage; explained what took place in Defendant's deposition; advised of current status; memo to file; Lee, Ryan / Attorney | 0.20 |
| Thu Apr 9, 2009 | Ryan Lee<br>Prepared for deposition of Defendant's Witness at Griffin & Associates; reviewed all discovery responses provided by Defendant; reviewed outline of deposition; traveled to the deposition; conducted the deposition; traveled back after the deposition was finished; discussed deposition points with Adam Krohn; memo to file; Lee, Ryan / Attorney | 4.00 |
| Wed Apr 8, 2009 | Ryan Lee<br>Prepared for deposition tomorrow by reviewing the file (.2); composing questions (1); reviewed with Adam Krohn and revised based on his suggestions (.1); prepared notes on categories to cover (.3); reviewed transcript from other deposition (.1); memo to file; Lee, Ryan / Attorney | 0.80 |
| Wed Apr 8, 2009 | Ryan Lee<br>Reviewed file and prepared for deposition of Plaintiffs (Allan and Pamela) at Skarecky & Holder; attended deposition; met with Plaintiffs for post deposition consultation; memo to file on results of deposition; Lee, Ryan / Attorney | 3.00 |
| Wed Apr 8, 2009 | Adam J Krohn<br>Reviewed client file with Ryan Lee to help prepare for the deposition; prepared memo to Ryan Lee with probable objections; Krohn, Adam / Managing Partner and Consulting Non-Arizona Attorney | 0.80 |
| Wed Apr 8, 2009 | Karen Eisenberg<br>Clients called regarding meeting with Ryan Lee prior to deposition today; called Ryan Lee on his cell phone to confirm; called clients back; reviewed file and answered questions pertaining to dates needed for deposition; Eisenberg, Karen / Paralegal | 0.40 |
| Wed Apr 8, 2009 | Karen Eisenberg<br>Court reporter called regarding the correct spelling of the client; reviewed file and returned her call; Eisenberg, Karen / Paralegal | 0.20 |
| Tue Apr 7, 2009 | Adam J Krohn<br>Spoke with client and attorney for in preparation of deposition; Krohn, Adam / Managing Partner and Consulting Non-Arizona Attorney | 0.50 |

| Date | Attorney / Description | Hours |
|---|---|---|
| Tue Apr 7, 2009 | Ryan Lee<br>Received voicemail from clients regarding depositions; left message after confirming with opposing counsel; memo to file; Lee, Ryan / Attorney | 0.10 |
| Tue Apr 7, 2009 | Ryan Lee<br>Reviewed entire file prior to calling client (.1); prepared notes for preparation of client (.1); called client and had telephonic deposition preparation with client as deposition is tomorrow (.3); memo to file; Lee, Ryan / Attorney | 0.50 |
| Fri Apr 3, 2009 | Ryan Lee<br>Called client to confirm attendance at upcoming deposition and confirmed of meeting prior to the deposition; left messages on both phones confirming the date; memo to file; Lee, Ryan / Attorney | 0.10 |
| Wed Mar 25, 2009 | Ryan Lee<br>Prepare correspondence to counsel confirming that the depositions are still going forward; Lee, Ryan / Attorney | 0.10 |
| Wed Mar 25, 2009 | Ryan Lee<br>Prepared and served amended notice of deposition; confirmed with court reporter; memo to file; Lee, Ryan / Attorney | 0.20 |
| Mon Mar 23, 2009 | Ryan Lee<br>Received call from client regarding the date of the deposition; advised client of the date; was informed that Pamela is going to try and switch days off to appear and they will contact me on 3-24- 9 to confirm; memo to file; Lee, Ryan / Attorney | 0.10 |
| Mon Mar 23, 2009 | Ryan Lee<br>Prepare Rule 37 letter for more complete discovery (only received ROGS and Production of Documents) responses; reviewed memo; prepared correspondence to counsel;; advised that if answers were not received a motion to compel would be filed and the responses deemed admitted; memo to file; Lee, Ryan / Attorney | 0.70 |
| Fri Mar 20, 2009 | Ryan Lee<br>Reviewed file to determine persons to depose; confirmed location of the deposition and availability of court reporters; confirmed available dates in calendar; prepared notice; sent to opposing counsel; memo to file; Lee, Ryan / Attorney | 0.50 |
| Mon Mar 16, 2009 | Ryan Lee<br>Received and reviewed amended notices of deposition; reviewed file; prepared letter to client advising of the changes; memo to file; Lee, Ryan / Attorney | 0.20 |
| Wed Mar 11, 2009 | Ryan Lee<br>Received an e-mail response from opposing counsel objecting to moving the date of the deposition; reviewed Rule 16 Scheduling Order; prepared a response; memo to file; Lee, Ryan / Attorney | 0.40 |
| Tue Mar 10, 2009 | Ryan Lee<br>Received call from client regarding deposition dates;  reviewed the calendar and left a message with opposing counsel; Lee, Ryan / Attorney | 0.20 |
| Tue Mar 3, 2009 | Ryan Lee<br>Received Deposition date for the client; reviewed file; prepared email to the client with date, time, and location along with suggesting a time to meet prior to the start of the deposition; Lee, Ryan / Attorney | 0.30 |
| Mon Feb 16, 2009 | Adam J Krohn<br>Received Collector's responses to interrogatories; called the client to discuss; memo to file; Krohn, Adam / Managing Partner and Consulting Non-Arizona Attorney | 0.40 |
| Wed Jan 28, 2009 | Ryan Lee<br>Reviewed file for outstanding discovery responses; prepared Rule 37 letter to counsel for to obtain discovery responses that were requested over one month prior; memo to file; Lee, Ryan / Attorney | 0.20 |
| Mon Jan 19, 2009 | Adam J Krohn<br>Received and reviewed supplemental discovery responses; called client to discuss; memo to file; Krohn, Adam / Managing Partner and Consulting Non-Arizona Attorney | 0.30 |

| Date | Person / Description | Hours |
|---|---|---|
| Tue Dec 23, 2008 | Adam J Krohn<br>Received and reviewed Defendant's document disclosures; called client to discuss; memo to file on call notes; Krohn, Adam / Managing Partner and Consulting Non-Arizona Attorney | 0.50 |
| Tue Dec 16, 2008 | Ryan Lee<br>Received a letter from William Holder dated December 9, 2008; review letter and prepared a response; memo to file; Lee, Ryan / Attorney | 0.30 |
| Mon Dec 8, 2008 | Ryan Lee<br>Case Management Conference - travel to airport; fly to Phoenix, Arizona; appeared as counsel for Case Management Conference in Arizona; reviewed file; reviewed the docket; reviewed local rules of presiding judge; attended the hearing; discussed discovery issues with opposing counsel and the use of a magistrate judge; memo to file; travel back to airport; fly to Los Angeles; Lee, Ryan / Attorney | 8.00 |
| Wed Dec 3, 2008 | Ryan Lee<br>Prepare and drafted all Arizona FDCPA discovery to Defendant; reviewed client information sheet to address specific FDCPA violations (.3); reviewed standing order and local rules (.2); prepared interrogatories (.2); prepared request for production (.3); prepared request to admit (.3); prepared certificate of service (.1); Lee, Ryan / Attorney | 1.40 |
| Mon Dec 1, 2008 | Ryan Lee<br>Received and reviewed documents disclosed from Defendant; Lee, Ryan / Attorney | 0.20 |
| Wed Nov 26, 2008 | Ryan Lee<br>Prepare Rule 26a federal disclosures; reviewed client information sheet and file (.4); reviewed local rules and judges standing orders (.1); prepare disclosure identifying all witnesses (.3); Prepare notice (.2); Lee, Ryan / Attorney | 0.80 |
| Tue Nov 25, 2008 | Ryan Lee<br>Confirm Joint Rule 26(f) filed; due on November 27; sent to counsel on 11/18 - ; Lee, Ryan / Attorney | 0.10 |
| Mon Nov 24, 2008 | Julie Kim<br>Prepared letter to court and sent courtesy copy of Filed Joint Report and Proposed Case Management Plan to judge via priority mail; Kim, Julie / Paralegal | 0.20 |
| Thu Nov 20, 2008 | Julie Kim<br>E-filed Joint Report and Proposed Case Management Plan (.2); accessed pacer, obtained filed copy and saved to client's file (.1); sent copy of Report to opposing counsel via priority mail (.1); Kim, Julie / Paralegal | 0.40 |
| Thu Nov 20, 2008 | Ryan Lee<br>Received email from opposing counsel regarding Case Management Plan; made suggested revisions; spoke with opposing counsel regarding revisions; sent final Case Management Plan to opposing counsel for filing; memo to file; Lee, Ryan / Attorney | 0.60 |
| Wed Nov 19, 2008 | Ryan Lee<br>Left message with opposing counsel requesting email address; was advised counsel did not use e-mail; advised to call me regarding Rule 16; memo to file; Lee, Ryan / Attorney | 0.20 |
| Tue Nov 18, 2008 | Ryan Lee<br>Reviewed order regarding all topics to be discussed (.2); reviewed file for complexity and availability of dates proposed in order (2); prepared draft of Joint Case Management Plan (.5); memo to file; Lee, Ryan / Attorney | 1.00 |
| Mon Nov 17, 2008 | Ryan Lee<br>Prepared and filed a notice of appearance; Lee, Ryan / Attorney | 0.10 |
| Thu Oct 30, 2008 | Ryan Lee<br>Received and reviewed appearance and answer; prepared memo regarding denials; reviewed defenses and prepared memo on applicability; set up links in database; Lee, Ryan / Attorney | 0.80 |
| Tue Oct 21, 2008 | Nick Bontrager<br>Reviewed e-mail from client; Bontrager, Nick / Consulting Attorney | 0.10 |

| Date | Person / Description | Hours |
|---|---|---|
| Mon Oct 20, 2008 | Nick Bontrager<br>Reviewed client's e-mail requesting case status; sent status e-mail to client; Bontrager, Nick / Consulting Attorney | 0.20 |
| Fri Oct 17, 2008 | Julie Kim<br>Received Standard Civil Track Initial Order from court; entered the judge's information into Amicus and copy and pasted order in judge's main notes; Kim, Julie / Paralegal | 0.20 |
| Wed Oct 15, 2008 | Julie Kim<br>Received e-mail from process server with notice of service completed; Registered Agent was served on 10/15/08 at 6:00 p.m.; requested to please forward Proof of Service via email or fax; Kim, Julie / Paralegal | 0.10 |
| Fri Oct 10, 2008 | Julie Kim<br>In preparation of serving defendant researched the secretary of state for Arizona website to obtain Registered Agent information (.3); Kim, Julie / Paralegal | 0.30 |
| Fri Oct 10, 2008 | Julie Kim<br>Sent the Complaint, Summons, Civil Cover Sheet via email with instructions for serving to the Process Server and requested that the Process server return the proof of service via fax; mailed payment to the Process Server; Kim, Julie / Paralegal | 0.40 |
| Wed Oct 8, 2008 | Nick Bontrager<br>Spoke with client who informed me that Defendant is still placing calls; Bontrager, Nick / Attorney | 0.20 |
| Wed Oct 8, 2008 | Nick Bontrager<br>Re-faxed demand letter with the complaint to the Defendant; Bontrager, Nick / Attorney | 0.10 |
| Mon Sep 29, 2008 | Nick Bontrager<br>Spoke with client on phone regarding pictures of caller ID for exhibits; followed up the conversation with an e-mail; Bontrager, Nick / Attorney | 0.30 |
| Mon Sep 29, 2008 | Nick Bontrager<br>Prepared demand letter to Defendant with attached Verified Complaint in an attempt to settle the case without the need for further litigation (.4); Bontrager, Nick / Attorney | 0.40 |
| Mon Sep 29, 2008 | Nick Bontrager<br>Reviewed signed verification (.1); reviewed final draft of Verified Complaint (.3); prepared Verified Complaint for filing (.1); sent to support staff for filing (.1); Bontrager, Nick / Attorney | 0.60 |
| Mon Sep 29, 2008 | Julie Kim<br>Prepared case for filing; obtained registered agent for defendant (.1); prepared Summons (.3); prepared civil cover sheet (.1); reviewed final version of the complaint and prepared it for filing by attaching all exhibits (.2); e-filed complaint by accessing PACER website; received filed stamped copies and added to client's file (.2); ; Kim, Julie / Paralegal | 0.90 |
| Fri Sep 26, 2008 | Nick Bontrager<br>Reviewed client's file in preparation for drafting complaint (.1); reviewed FDCPA to determine appropriate violations (.2); drafted introduction, jurisdiction and venue, and party sections of complaint (.2); drafted FDCPA section of complaint (.2); prepared verification (.2); reviewed and prepared exhibits (.2); edited complaint (.1); revised and finalized the complaint (.2); drafted correspondence to client with instructions regarding reviewing and signing the complaint (.1); Bontrager, Nick / Attorney | 1.50 |
| Thu Sep 25, 2008 | Nick Bontrager<br>Called and e-mailed client to discuss case; Bontrager, Nick / Attorney | 0.20 |
| Thu Sep 25, 2008 | Nick Bontrager<br>Discussed case facts with client on phone (.5); sent follow-up e-mail to client regarding exhibits we need for the complaint (.3); Bontrager, Nick / Attorney | 0.80 |
| Wed Sep 24, 2008 | Julie Kim<br>Searched for process servers in 85022 area; sent several e-mails to different process servers requesting quotes for "Drive by" service; Kim, Julie / Paralegal | 0.20 |
| Tue Sep 23, 2008 | Julie Kim | 0.30 |

|  |  |  |
|---|---|---|
|  | Researched Defendant in order to determine whether it is a legitimate company; discovered the following - Nemos Investigations & Collections: 14631 N Cave Creek Rd, Phoenix, AZ 85022 and phone number (602) 996-6050; I was unable to find a Registered Agent; forwarded all information to Adam Krohn for review; Kim, Julie / Paralegal |  |
| Tue Sep 16, 2008 | Adam J Krohn | 1.10 |
|  | Opened client's file in Amicus database (.3); discussed with associate and created factual summary of the case for the file (.3); prepared outline of all procedural events needed for the case (.2); prepare Amicus Precedent to track case (.3); Krohn, Adam / Managing Partner and Consulting Non-Arizona Attorney |  |
| Tue Sep 9, 2008 | Adam J Krohn | 1.50 |
|  | Received Inquiry from client; consulted with client; drafted attorney-client agreement and discussed terms of the agreement with the client; determined applicable FDCPA claims; memo to file regarding basis of case; Krohn, Adam / Managing Partner and Consulting Non-Arizona Attorney |  |
|  | **Total Time(hrs):** | **57.60** |

## S<small>AVAGE V.</small> N<small>EMOS</small> I<small>NVESTIGATIONS AND</small> C<small>OLLECTIONS</small>

| ATTORNEY | HOURS | RATE | TOTAL |
|---|---|---|---|
| **Adam Krohn** | 6.7 | $394 | $2,639.80 |
| **Ryan Lee** | 30.2 | $290 | $8,758.00 |
| **Nick Bontrager** | 4.4 | $225 | $990.00 |
| **Adam Hill** | 11.9 | $225 | $2,677.50 |
| **Paralegal** | 4.4 | $125 | $550.00 |

**T**OTAL **A**TTORNEYS' **F**EES:   $15,615.30

**C**OST OF **F**ILING:   $350.00

**S**ERVICE OF PROCESS:   $60.00

COURT REPORTERS:   $265.20

**T**OTAL **F**EES AND **C**OSTS:   $16,290.50