## BIOGRAPHY OF KROHN & MOSS, LTD.
## ATTORNEYS

**1.      Adam J. Krohn**

Adam J. Krohn is the managing and founding partner of Krohn & Moss, Ltd. Consumer Law Center, a national consumer protection law firm founded in 1995.  Mr. Krohn graduated from the University of Arizona in May 1991 and from the University of San Diego Law School in May 1994.  He was admitted to the Illinois Bar in November 1994 and to the United States District Court for the Northern District of Illinois in December 1994.  Mr. Krohn was also admitted to the Federal Trial Bar of the Northern District of Illinois in May 1997 and has been admitted to practice before the United States Court of Appeals for the Seventh Circuit.  In January of 2009, Mr. Krohn was employed as an Adjunct Professor for Chapman University School of Law in Orange, California where he teaches Consumer Law.

Mr. Krohn was employed as attorney at the Law Firm of Daniel Suber & Associates in August 1994 until August 1995.  During his employment, Mr. Krohn participated in approximately ten (10) trials and numerous arbitration hearings; briefed and argued numerous dispositive motions; was responsible for all aspects of pre-trial litigation with respect to pleadings, discovery and motion practice and was involved in litigation at both the state court and federal court levels.

Additionally, Mr. Krohn was employed as attorney at the Law Firm of Friedman & Olson, Ltd. from August, 1995 until October, 1995.  During his employment, Mr. Krohn participated in approximately fifteen (15) trials and numerous arbitration hearings; briefed and argued numerous dispositive motions; settled over one thousand (1000) cases and was responsible for all aspects of pre-trial litigation with respect to pleadings, discovery and motion practice.

In May of 1998, Mr. Krohn obtained a $78,866.25 sum for his client, Pamela Connor. A

federal jury awarded her actual damages in the amount of $27,166.25 and an additional $25,000.00 in punitive damages against Ford Motor Company pursuant to the Illinois Consumer Fraud and Deceptive Business Practices Act. Mr. Krohn has first chaired at least eight (8) other trials and has personally settled over five hundred (500) cases for Illinois consumers alone.

Mr. Krohn is also responsible for all aspects of the law firm including both administrative responsibilities and legal aspects. Under Mr. Krohn's direct management, Krohn & Moss, Ltd. has been instrumental in shaping the development of consumer law across the country. Legal research will yield over 200 Krohn & Moss, Ltd. reported decisions from state appellate courts, state supreme courts, and federal district and circuit courts. These decisions detail tremendous achievements for consumers involving such matters as consumer fraud, breach of warranty, and fair debt reporting and collection issues. Recent significant consumer appellate cases by Krohn & Moss, Ltd. include:

   a. *Mydlach v. DaimlerChrysler Corp.*, Illinois Supreme Court
   b. *American Honda Motor Co. v. Cerasani*, Florida Supreme Court
   c. *Razor v. Hyundai Motor America*, Illinois Supreme Court
   d. *Peterson v. Volkswagen of America*, Wisconsin Supreme Court
   e. *Mayberry v. Volkswagen of America*, Wisconsin Supreme Court
   f. *Hyundai Motor America v. Goodin*, Indiana Supreme Court
   g. *Isip v. Mercedes Benz-USA*, California Appellate Court
   h. *Brunner v. DaimlerChrysler Corp.*, California Appellate Court
   i. *Pearson v. DaimlerChrysler Corp.*, Illinois Appellate Court
   j. *Kemper v. Coachman Recreational Vehicle Co., LLC.,* U.S. Dist Ct. (N.D. Ill.)
   k. *Vassilkovska v. Woodfield Nisan, Inc.,* Illinois Appellate Court
   l. *Check v. Clifford Chrysler*, Illinois Appellate Court
   m. *Jones v. William Buick*, Illinois Appellate Court
   n. *Brown v. Trans Union*, LLC, U.S. Dist. Ct. (N.D. Ill)
   o. *Osuna v. Equifax Credit*, U.S. Dist. Ct. (N.D. Ill)
   p. *Burns v. DaimlerChrysler Corp*, Florida Appellate Court
   q. *McGuire v. American Suzuki Motor Corp.*, Ohio Appellate Court
   r. *Melton v. Frigidaire and Best Buy*, Illinois Appellate Court
   s. *Edwards v. Hyundai Motor America*, Missouri Court of Appeals
   t. *McDonald v. Mazda Motors of America*, Georgia Court of Appeals
   u. *Muller v. Winnebago Industries*, U.S. Dist. Ct. (D. Ariz)
   v. *Lemons v. Showcase Motors, Inc.*, Arizona Appellate Court

As a nationally recognized consumer advocate, Mr. Krohn has been the focus of numerous articles regarding matters of consumer interest, and has also been interviewed by countless newspapers, television and radio stations, and other media outlets as an expert in the field of consumer protection. Mr. Krohn is a member of the National Association of Consumer Advocates, the National Consumer Law Center, Consumers for Auto Reliability and Safety, the Chicago Bar Association and the Illinois Trial Lawyers Association.

   2.     **Ryan Lee**

Mr. Lee joined Krohn & Moss in January, 2006 focusing on lemon law and consumer protection. He received his Juris Doctor from the Santa Clara University and is licensed in California and. He received his Bachelor of Arts degree from Arizona State University in Political Science and History. Mr. Lee has focused his practice at Krohn & Moss on breach of warranty (Lemon Law) and the Fair Debt Collection Practices Act. He has handled every aspect of litigation including arbitration, mediation, and trial.

Mr. Lee worked as general counsel for a life insurance marketing agency in Arizona prior to joining Krohn & Moss. He was involved in all aspects of the life insurance industry. Mr. Lee provided legal advice to clients regarding their life insurance policy options, managed the underwriting process, and managed the medical exam procedures.

   3.     **Nicholas Bontrager**

Mr. Bontrager is an associate attorney at Krohn & Moss concentrating his practice in the area of consumer protection and the Fair Debt Collection Practices Act (FDCPA) and similar California statutes. Mr. Bontrager is involved in all aspects of litigation. He received his Juris Doctor from the University of La Verne College of Law and his Bachelor of Arts from the University of California, Santa Barbara. He is licensed to practice in California. During law school, Mr. Bontrager received

Dean's List honors and also participated in the Moot Court Honors program, where he received both Second Place Oralist and Semi-Final Team honors. Prior to joining Krohn & Moss, Mr. Bontrager was employed as an attorney at the Law Offices of Robert L. Buchler, where he focused primarily on consumer bankruptcy.

    **4.**    **Adam Hill**

Adam T. Hill joined Krohn & Moss, Ltd., as an attorney in November of 2007, concentrating his practice in the areas of consumer protection and breach of warranty litigation. At Krohn & Moss, Mr. Hill is responsible for all aspects of litigation including, but not limited to, the arbitration, mediation and/or trial of cases, as well as covering the daily court calls for the firm. Prior to earning his license to practice law, Mr. Hill worked for over two years as a law clerk at Krohn & Moss.

Mr. Hill earned a Bachelor of Science degree from the University of Michigan in April of 2003 and went on to earn his Juris Doctor from The John Marshall Law School in May of 2007. While in law school Mr. Hill was Vice President of the Student Bar Association, participated in numerous mock trial competitions, and was a member of the Trial Advocacy and Dispute Resolution Honors Board. Mr. Hill is licensed to practice in the state of Illinois and New York .