# ALM RESEARCH

## 2007 NLJ Billing Survey
Copyright © 2008, ALM Properties, Inc., All Rights Reserved

| Fiscal Year | Firm Name | Location | Partner Billing Rate High | Partner Billing Rate Low | Partner Billing Rate Med | Associate Billing Rate High | Associate Billing Rate Low | Associate Billing Rate Med |
|---|---|---|---|---|---|---|---|---|
| 2007 | Roetzel & Andress | Akron, OH | $460 | $210 | $300 | $275 | $110 | $200 |
| 2007 | Fisher & Phillips | Atlanta | | | | | | |
| 2007 | Ford & Harrison | Atlanta | $560 | $325 | | $395 | $210 | |
| 2007 | Kilpatrick Stockton | Atlanta | | | | | | |
| 2007 | Morris, Manning & Martin | Atlanta | $625 | $350 | $395 | $400 | $180 | $310 |
| 2007 | Smith, Gambrell & Russell | Atlanta | $575 | $250 | | $345 | $175 | |
| 2007 | Sutherland Asbill & Brennan | Atlanta | $715 | $375 | $500 | $415 | $215 | $280 |
| 2007 | Troutman Sanders | Atlanta | | | | | | |
| 2007 | Miles & Stockbridge | Baltimore | $535 | $315 | | $405 | $205 | |
| 2007 | Bradley Arant Rose & White | Birmingham, Ala | $520 | $240 | $330 | $280 | $180 | $205 |
| 2007 | Burr & Forman | Birmingham, Ala | $470 | $250 | | $305 | $175 | |
| 2007 | Bingham McCutchen | Boston | | | | | | |
| 2007 | Choate, Hall & Stewart | Boston | | | | | | |
| 2007 | Edwards Angell Palmer & Dodge | Boston | $700 | $350 | $513 | $450 | $170 | $280 |
| 2007 | Foley Hoag | Boston | | | | | | |
| 2007 | Goulston & Storrs | Boston | | | | | | |
| 2007 | Nixon Peabody | Boston | | | | | | |
| 2007 | Sullivan & Worcester | Boston | $700 | $415 | $540 | $420 | $245 | $290 |
| 2007 | Hodgson Russ | Buffalo, NY | $645 | $215 | $350 | $395 | $155 | $205 |
| 2007 | Phillips Lytle | Buffalo, NY | $435 | $245 | $300 | $300 | $140 | $205 |
| 2007 | Moore & Van Allen | Charlotte, NC | $765 | $265 | | $330 | $175 | |
| 2007 | Parker, Poe, Adams & Bernstein | Charlotte, NC | | | | | | |
| 2007 | Miller & Martin | Chattanooga. Tenn | $580 | $230 | $340 | $295 | $160 | $195 |
| 2007 | Bell, Boyd & Lloyd | Chicago | | | | | | |
| 2007 | Brinks Hofer Gilson & Lione | Chicago | $650 | $300 | $485 | $410 | $180 | $250 |
| 2007 | Chapman and Cutler | Chicago | | | | | | |
| 2007 | DLA Piper US | Chicago | | | | | | |
| 2007 | Hinshaw & Culbertson | Chicago | | | | | | |
| 2007 | Jenner & Block LLP | Chicago | $900 | $450 | $525 | $425 | $275 | $325 |
| 2007 | Kirkland & Ellis | Chicago | | | | | | |
| 2007 | LeBoeuf, Lamb, Greene & MacRae | Chicago | | | | | | |
| 2007 | Lord, Bissell & Brook | Chicago | $690 | $335 | $475 | $410 | $200 | $300 |
| 2007 | Mayer, Brown, Rowe & Maw | Chicago | | | | | | |
| 2007 | McDonnell Boehnen | Chicago | | | | | | |
| 2007 | Neal, Gerber & Eisenberg | Chicago | | | | | | |
| 2007 | Schiff Hardin | Chicago | | | | | | |
| 2007 | Vedder, Price, Kaufman & Kammholz | Chicago | $650 | $335 | $425 | $410 | $205 | $370 |
| 2007 | Wildman, Harrold, Allen & Dixon | Chicago | | | | | | |
| 2007 | Winston & Strawn | Chicago | $845 | $400 | $640 | $590 | $200 | $395 |
| 2007 | Dinsmore & Shohl | Cincinnati | $475 | $235 | $340 | $285 | $155 | $190 |
| 2007 | Frost Brown Todd | Cincinnati | $455 | $225 | $295 | $255 | $145 | $170 |
| 2007 | Steptoe & Johnson PLLC | Clarksburg, WVa | $325 | $200 | | $250 | $170 | |
| 2007 | Baker & Hostetler | Cleveland | | | | | | |
| 2007 | Calfee, Halter & Griswold | Cleveland | | | | | | |
| 2007 | Squire, Sanders & Dempsey | Cleveland | | | | | | |
| 2007 | Ulmer & Berne | Cleveland | $470 | $240 | | $290 | $165 | |
| 2007 | Nelson Mullins Riley & Scarborough | Columbia, SC | | | | | | |
| 2007 | Nexsen Pruet Jacobs & Pollard | Columbia, SC | $420 | $220 | | $250 | $150 | |
| 2007 | Vorys, Sater, Seymour and Pease | Columbus, Ohio | | | | | | |
| 2007 | Rutan & Tucker | Costa Mesa, CA | $600 | $335 | | $350 | $210 | |
| 2007 | Plunkett & Cooney | Costa Mesa. Calif | | | | | | |
| 2007 | Gardere Wynne Sewell | Dallas | $715 | $350 | $475 | $425 | $220 | $265 |
| 2007 | Locke, Lord, Bissell & Liddell | Dallas | $900 | $375 | $490 | $390 | $190 | $280 |
| 2007 | Strasburger & Price | Dallas | $560 | $225 | $363 | $395 | $200 | $223 |
| 2007 | Thompson & Knight | Dallas | $730 | $370 | $485 | $370 | $205 | $310 |
| 2007 | Winstead Sechrest & Minick | Dallas | $620 | $345 | | $360 | $180 | |
| 2007 | Brownstein Hyatt Farber Schreck | Denver | $675 | $260 | $390 | $270 | $170 | $218 |
| 2007 | Holland & Hart | Denver | $585 | $275 | $385 | $345 | $165 | $275 |
| 2007 | Holme Roberts & Owen | Denver | $635 | $285 | $410 | $420 | $195 | $265 |
| 2007 | Sherman & Howard | Denver, CO | | | | | | |
| 2007 | Butzel Long | Detroit | $575 | $210 | | $350 | $155 | |
| 2007 | Dickinson Wright | Detroit | $530 | $260 | | $275 | $170 | |
| 2007 | Dykema Gossett | Detroit | $625 | $245 | | $390 | $185 | |
| 2007 | Honigman Miller Schwartz and Cohn | Detroit | | | | | | |
| 2007 | Miller, Canfield, Paddock and Stone, PLC | Detroit | $595 | $265 | $400 | $340 | $160 | $220 |
| 2007 | Day Pitney | Florham Park. NJ | $650 | $350 | $465 | $525 | $210 | $310 |

| Year | Firm | City | | | | | | |
|------|------|------|---|---|---|---|---|---|
| 2007 | Ruden, McClosky. Smith, Schuster & Russell, PA | Fort Lauderdale. Fl | | | | | | |
| 2007 | Warner Norcross & Judd | Grand Rapids. Mich | | | | | | |
| 2007 | Ogletree, Deakins, Nash. Smoak & Stewart | Greenville. SC | $575 | $270 | | $360 | $200 | |
| 2007 | Robinson & Cole | Hartford, Conn | $575 | $340 | $420 | $325 | $200 | $280 |
| 2007 | Andrews Kurth | Houston | $795 | $400 | | $460 | $210 | |
| 2007 | Bracewell & Giuliani | Houston | | | | | | |
| 2007 | Fulbright & Jaworski | Houston | | | | | | |
| 2007 | Vinson & Elkins | Houston | | | | | | |
| 2007 | Barnes & Thornburg | Indianapolis | $485 | $265 | $355 | $295 | $180 | $220 |
| 2007 | Ice Miller | Indianapolis | | | | | | |
| 2007 | Knobbe, Martens, Olson & Bear | Irvine, Calif | $645 | $340 | | $420 | $215 | |
| 2007 | Lathrop & Gage | Kansas City, MO | $450 | $225 | $300 | $300 | $140 | $185 |
| 2007 | Polsinelli Shalton Welte Suelthaus | Kansas City, MO | $600 | $250 | | $250 | $175 | |
| 2007 | Shook, Hardy & Bacon | Kansas City, Mo | | | | | | |
| 2007 | Shughart Thomson & Kilroy | Kansas City, MO | $475 | $235 | | $225 | $160 | |
| 2007 | Stinson Morrison Hecker | Kansas City, MO | $600 | $230 | $365 | $250 | $175 | $225 |
| 2007 | Allen Matkins Leck Gamble & Mallory | Los Angeles | | | | | | |
| 2007 | Gibson, Dunn & Crutcher | Los Angeles | | | | | | |
| 2007 | Irell & Manella | Los Angeles | | | | | | |
| 2007 | Lewis Brisbois Bisgaard & Smith | Los Angeles | | | | | | |
| 2007 | Loeb & Loeb | Los Angeles | $875 | $425 | $600 | $500 | $240 | $400 |
| 2007 | Manatt, Phelps & Phillips | Los Angeles | $785 | $520 | $590 | $480 | $265 | $415 |
| 2007 | Munger, Tolles & Olson | Los Angeles | | | | | | |
| 2007 | O'Melveny & Myers | Los Angeles | | | | | | |
| 2007 | Paul, Hastings, Janofsky & Walker | Los Angeles | | | | | | |
| 2007 | Sheppard, Mullin, Richter & Hampton | Los Angeles | $795 | $425 | | $550 | $260 | |
| 2007 | Greenebaum Doll & McDonald | Louisville, Ky | | | | | | |
| 2007 | Stites & Harbison | Louisville, Ky | | | | | | |
| 2007 | Wyatt, Tarrant & Combs | Louisville, Ky | | | | | | |
| 2007 | Baker, Donelson. Bearman, Caldwell & Berkowitz | Memphis. Tenn | $525 | $230 | $320 | $315 | $160 | $200 |
| 2007 | Akerman Senterfitt | Miami | | | | | | |
| 2007 | Foley & Lardner | Milwaukee | $855 | | $550 | | $185 | $375 |
| 2007 | Michael Best & Friedrich | Milwaukee | $550 | $225 | $350 | $300 | $185 | $235 |
| 2007 | Quarles & Brady | Milwaukee | $575 | $260 | $375 | $335 | $185 | $235 |
| 2007 | Reinhart Boerner Van Deuren sc | Milwaukee | | | | | | |
| 2007 | Briggs and Morgan | Minneapolis | $500 | $250 | $395 | $325 | $195 | $230 |
| 2007 | Dorsey & Whitney | Minneapolis | $750 | $220 | $463 | $470 | $145 | $260 |
| 2007 | Faegre & Benson | Minneapolis | | | | | | |
| 2007 | Leonard, Street and Deinard | Minneapolis | $500 | $300 | | $300 | $185 | |
| 2007 | Lindquist & Vennum | Minneapolis | $500 | $260 | | $260 | $165 | |
| 2007 | Bowman and Brooke | Minneapolis, MN | | | | | | |
| 2007 | Gray, Plant, Mooty, Mooty & Bennett, PA | Minneapolis, MN | | | | | | |
| 2007 | McElroy Deutsch, Mulvaney & Carpenter | Morristown, NJ | $450 | $295 | $235 | $225 | $135 | $165 |
| 2007 | Fenwick & West | Mountain View. Calif | $775 | $500 | $600 | $500 | $245 | $370 |
| 2007 | Bass, Berry & Sims PLC | Nashville, Tenn | $575 | $300 | | $285 | $180 | |
| 2007 | Wiggin and Dana | New Haven, CT | $590 | $295 | | $350 | $195 | |
| 2007 | Adams and Reese | New Orleans | $500 | $225 | $300 | $255 | $165 | $197 |
| 2007 | Jones. Walker, Waechter, Poitevent, Carrere & Denegre | New Orleans | $600 | $210 | | $225 | $150 | |
| 2007 | Phelps Dunbar | New Orleans | $450 | $170 | | $205 | $130 | $175 |
| 2007 | Cadwalader, Wickersham & Taft | New York | | | | | | |
| 2007 | Cahill Gordon & Reindel | New York | | | | | | |
| 2007 | Chadbourne & Parke | New York | | | | | | |
| 2007 | Cleary Gottlieb Steen & Hamilton | New York | | | | | | |
| 2007 | Cravath, Swaine & Moore | New York | | | | | | |
| 2007 | Curtis, Mallet-Prevost, Colt & Mosle | New York | $735 | $635 | $685 | $560 | $280 | $360 |
| 2007 | Davis Polk & Wardwell | New York | | | | | | |
| 2007 | Debevoise & Plimpton LLP | New York | | | | | | |
| 2007 | Dewey & LeBoeuf | New York | | | | | | |
| 2007 | Epstein Becker & Green | New York | $675 | $280 | $475 | $440 | $155 | $280 |
| 2007 | Fried, Frank, Harris, Shriver & Jacobson | New York | | | | | | |
| 2007 | Greenberg Traurig, PA | New York | $850 | $300 | $500 | $505 | $175 | $310 |
| 2007 | Hughes Hubbard & Reed | New York | $825 | $595 | | $560 | $240 | |
| 2007 | Kaye Scholer | New York | | | | | | |
| 2007 | Kelley Drye & Warren | New York | $800 | $400 | | $500 | $255 | |
| 2007 | Kenyon & Kenyon | New York | | | | | | |
| 2007 | Kramer Levin Naftalis & Frankel | New York | | | | | | |
| 2007 | McKee Nelson | New York | $920 | $635 | $755 | $595 | $375 | $455 |
| 2007 | Paul, Weiss, Rifkind, Wharton & Garrison | New York | | | | | | |
| 2007 | Pillsbury Winthrop Shaw Pittman | New York | | | | | | |
| 2007 | Schulte Roth & Zabel | New York | $850 | $650 | $745 | $585 | $235 | $440 |
| 2007 | Seward & Kissel | New York | | | | | | |
| 2007 | Shearman & Sterling | New York | | | | | | |
| 2007 | Simpson Thacher & Bartlett | New York | | | | | | |
| 2007 | Stroock & Stroock & Lavan | New York | | | | | | |
| 2007 | Sullivan & Cromwell | New York | | | | | | |

| Year | Firm | City | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2007 | Thacher Proffitt & Wood | New York | $765 | $525 | $700 | $495 | $275 | $365 |
| 2007 | Thelen | New York | | | | | | |
| 2007 | Wachtell, Lipton, Rosen & Katz | New York | | | | | | |
| 2007 | Weil, Gotshal & Manges | New York | | | | | | |
| 2007 | Willkie Farr & Gallagher | New York | | | | | | |
| 2007 | Gibbons PC | Newark, NJ | | | | | | |
| 2007 | McCarter & English LLP | Newark, NJ | $650 | $325 | | $395 | $205 | |
| 2007 | Sills Cummis Epstein & Gross | Newark, NJ | $650 | $350 | | $375 | $195 | |
| 2007 | Broad and Cassel | Orlando, Fl | $450 | $250 | $360 | $310 | $165 | $225 |
| 2007 | GrayRobinson, PA | Orlando, Fla | $500 | $175 | | $250 | $250 | |
| 2007 | Cooley Godward Kronish | Palo Alto, CL | $875 | $470 | | $555 | $250 | |
| 2007 | Ballard Spahr Andrews & Ingersoll | Philadelphia | | | | | | |
| 2007 | Cozen O'Connor | Philadelphia | $750 | $230 | $425 | $530 | $155 | $280 |
| 2007 | Drinker Biddle & Reath | Philadelphia | | | | | | |
| 2007 | Duane Morris | Philadelphia | $705 | $315 | $470 | $465 | $150 | $305 |
| 2007 | Fox Rothschild | Philadelphia | $595 | $240 | | $440 | $190 | |
| 2007 | Marshall, Dennehey, Warner, Coleman & Goggin | Philadelphia | $400 | $135 | | $300 | $120 | |
| 2007 | Montgomery, McCracken, Walker & Rhoads | Philadelphia | $575 | $320 | | $320 | $195 | |
| 2007 | Morgan, Lewis & Bockius | Philadelphia | $850 | $375 | | $575 | $200 | |
| 2007 | Pepper Hamilton | Philadelphia | $750 | $335 | | $425 | $200 | |
| 2007 | Saul Ewing | Philadelphia | $750 | $315 | $415 | $485 | $180 | $255 |
| 2007 | Schnader Harrison Segal & Lewis | Philadelphia | $750 | $240 | | $385 | $175 | |
| 2007 | White and Williams | Philadelphia | | | | | | |
| 2007 | Wolf, Block, Schorr and Solis-Cohen | Philadelphia | | | | | | |
| 2007 | Lewis and Roca | Phoenix | | | | | | |
| 2007 | Snell & Wilmer | Phoenix | $675 | $275 | | $390 | $170 | |
| 2007 | Buchanan Ingersoll & Rooney | Pittsburgh | $750 | $320 | | $460 | $150 | |
| 2007 | Kirkpatrick & Lockhart Preston Gates Ellis LLP | Pittsburgh | | | | | | |
| 2007 | Reed Smith | Pittsburgh | $825 | $350 | $525 | $510 | $200 | $350 |
| 2007 | Bullivant Houser Bailey | Portland, Ore | $500 | $225 | $275 | $350 | $150 | $220 |
| 2007 | Stoel Rives | Portland, Ore | $500 | $275 | $375 | $350 | $160 | $230 |
| 2007 | Stevens & Lee | Reading, PA | | | | | | |
| 2007 | Hunton & Williams | Richmond, VA | | | | | | |
| 2007 | LeClair Ryan | Richmond, VA | | | | | | |
| 2007 | McGuireWoods | Richmond, VA | | | | | | |
| 2007 | Williams Mullen | Richmond, VA | $600 | $300 | | $425 | $205 | |
| 2007 | Best Best & Krieger | Riverside, Calif | $495 | $290 | $390 | $350 | $160 | $235 |
| 2007 | Harris Beach | Rochester, NY | $475 | $250 | | $275 | $140 | |
| 2007 | Lowenstein Sandler | Roseland, NJ | $725 | $380 | | $395 | $205 | |
| 2007 | Luce, Forward, Hamilton & Scripps | San Diego | $725 | $325 | $475 | $450 | $220 | $280 |
| 2007 | Gordon & Rees | San Francisco | | | | | | |
| 2007 | Heller Ehrman | San Francisco | | | | | | |
| 2007 | Howard, Rice, Nemerovski, Canady, Falk & Rabkin | San Francisco | $775 | $495 | | $485 | $275 | |
| 2007 | Littler Mendelson | San Francisco | | | | | | |
| 2007 | Morrison & Foerster | San Francisco | | | | | | |
| 2007 | Sedgwick, Detert, Moran & Arnold LLP | San Francisco | | | | | | |
| 2007 | Townsend and Townsend and Crew | San Francisco | | | | | | |
| 2007 | Davis Wright Tremaine | Seattle | $695 | $300 | $423 | $390 | $170 | $250 |
| 2007 | Lane Powell Moss & Miller | Seattle | $515 | $300 | $370 | $300 | $205 | $255 |
| 2007 | Perkins Coie | Seattle | $805 | $205 | | $500 | $145 | |
| 2007 | Armstrong Teasdale | St Louis | $450 | $295 | | $295 | $165 | |
| 2007 | Bryan Cave | St Louis | $695 | $320 | $490 | $495 | $165 | $295 |
| 2007 | Husch & Eppenberger | St Louis | $425 | $190 | $295 | $260 | $130 | $175 |
| 2007 | Lewis, Rice & Fingersh | St Louis | $425 | $240 | | $295 | $130 | |
| 2007 | Thompson Coburn | St Louis | $580 | $265 | | $370 | $170 | |
| 2007 | Bond, Schoeneck & King | Syracuse, NY | $435 | $220 | $295 | $250 | $140 | $175 |
| 2007 | Hiscock & Barclay LLP | Syracuse, NY | $375 | $220 | $280 | $250 | $160 | $180 |
| 2007 | Carlton Fields | Tampa, Fla | $600 | $280 | $405 | $375 | $190 | $245 |
| 2007 | Fowler White Boggs Banker | Tampa, Fla | $500 | $230 | $340 | $325 | $150 | $210 |
| 2007 | Shumaker, Loop & Kendrick | Toledo, Ohio | $465 | $200 | $305 | $360 | $180 | $220 |
| 2007 | Akin Gump Strauss Hauer & Feld | Washington | | | | | | |
| 2007 | Arent Fox | Washington | $675 | $395 | | $440 | $240 | |
| 2007 | Arnold & Porter | Washington | | | | | | |
| 2007 | Covington & Burling | Washington | $800 | $510 | | $525 | $240 | |
| 2007 | Crowell & Moring | Washington | | | | | | |
| 2007 | Dickstein Shapiro Morin & Oshinsky | Washington | $825 | $425 | $550 | $440 | $225 | $360 |
| 2007 | Hogan & Hartson | Washington | $850 | $300 | $590 | $525 | $150 | $370 |
| 2007 | Holland & Knight | Washington | | | | | | |
| 2007 | Howrey | Washington | | | | | | |
| 2007 | Jones Day | Washington | | | | | | |
| 2007 | Patton Boggs | Washington | $920 | $320 | $525 | $520 | $205 | $385 |
| 2007 | Wiley Rein | Washington | | | | | | |
| 2007 | Williams & Connolly | Washington | | | | | | |
| 2007 | Wilmer Cutler Pickering Hale and Dorr | Washington | $1,000 | $475 | | $495 | $215 | |
| 2007 | Jackson Lewis | White Plains, NY | $575 | $235 | | $450 | $210 | |
| 2007 | Womble Carlyle Sandridge & Rice | Winston-Salem, NC | $575 | $290 | $425 | $370 | $195 | $265 |

Case 2:08-cv-00069-JAM-HJM Document 142 Filed 04/28/2008 Page 4 of 5
2007 Legal Recruiter Digital Directory - FREE!
browse a BRIGHTER future
Hedge Fund
General Counsel
Summit

# LAW.COM

Select '**Print**' in your browser menu to print this document.

Copyright 2008 ALM Properties, Inc. All rights reserved.

Page printed from: http://www.law.com

Back to Article

---

### Large Firms' Billing Rates Continue to Climb

Leigh Jones
12-11-2007

Attorney billing rates shot up in 2007, with approximately three-quarters of the law firms that participated in *The National Law Journal*'s annual survey boosting the amounts they charged for partner and associate services.



At the same time, the average firmwide billing rates, which included partner and associate rates, climbed by 7.7 percent, while the firmwide median rates rose by 7.1 percent, compared to the firms that reported billing data in 2006.

Despite grousing by clients about ever-higher lawyers' fees, 75.2 percent of the firms providing billing information this year and last charged more this year than they did in 2006. The figure represents law firms that increased the high end of the billing range charged by their partners and associates.

This year's percentage of law firms increasing their high rates fell shy of last's year's percentage of 79.3 percent. But the 2007 uptick, in addition to first-year associate raises to $160,000 at elite firms, did not sit well with many clients.



"There's always been frustration. Now there's anger," said Susan Hackett, general counsel for the Association of Corporate Counsel

This year, 119 law firms responded to questions about billing rates that were included in the *NLJ*'s 2007 survey of the nation's 250 largest law firms. The survey questions were asked of approximately 300 law firms. Last year, 139 firms answered questions about their billing rates, including 109 firms that responded this year.

Among those firms reporting average and median rates both this year and last year, the average of the average firmwide billing rate increased to $348 per hour from $321 in 2006, and the average of the median firmwide billing rate this year was $347, compared to $324 in 2006.

Two law firms reported charging clients $1,000 an hour -- but one later insisted that its initial report was in error and that its actual top rates were considerably lower.

At Greenberg Traurig, the range for partners first reported was between $300 and $1,000 an hour, with a partner billing average of $490 and a median of $500. In 2006, the billing rate for partners at Greenberg Traurig ranged from $270 to $850, with an average rate of $460 and a median of $475. When asked about its rates, however, a

spokeswoman for the law firm said that it should have reported its highest billing rate in 2007 at $850.

Case 2:08-cv-01780-JAT Document 32-7 Filed 09/17/09 Page 5 of 5

Case 2:09-cv-00066-IAM-KJM Document 14-2 Filed 04/28/2009 Page 71 of 77

The other law firm reporting a $1,000-an-hour rate was Wilmer Cutler Pickering Hale and Dorr, where the partner billing range ran from $475 to $1,000. A spokeswoman for the firm declined to identify any partner who charged the top rate.

Only one firm among those surveyed reported a decrease both in its partner and associate fees. At Sutherland Asbill & Brennan last year, partners billed as much as $845 an hour; this year, the high end of its partner billing range fell to $715. The Atlanta firm reported the high end of its associate range at $415, compared with $530 in 2006. Again, the firm attributed the anomaly to a reporting error. A spokeswoman said that the high end of the firm's partner range actually was $890, and that the high end for the associate range was $515.

The vast majority of the law firms that answered questions about their billing practices reported increasing their partner high rates, or at least leaving them the same as last year. A full 91.7 percent of the 109 firms that responded in both years raised their high partner rates, and among those firms, 7 percent left associate high rates the same as last year. In addition, 12 percent of the firms that boosted partner high rates reduced associate high rates at the same time.

The profession appeared to deepen its embrace of billing variations and alternatives. Of the 47 law firms that provided such data for this year and last, 34 percent increased the portion of their revenues earned through variations to their standard rates. The variations included discounts and blended rates that were relative to the firms' standard billable hour rates. Alternatives involved departures from billing by the hour, including fixed or flat fees, hybrid fees and contingency fees.

Some 31.9 percent of those firms reported the same portions of their revenues through variations and alternatives this year as they did in 2006, while 4.2 percent decreased the percentage of revenues they received through variations and alternatives.

Bruce Elvin, associate dean at Duke Law School, expects clients to increase their reliance on varied billing structures. Elvin, who teaches a course on the business and economics of law firm practice, added that smaller firms with lower overhead likely will benefit from the higher fees that big firms are charging. In addition, clients will handle more of their legal work themselves.

"As rates go up, clients assess more closely the distribution of work and who's doing it," Elvin said.

The law firm with the highest associate rate was McKee Nelson, which reported a rate on the high end of $595. Its associate range started at $375. The firm's average billing rate was $446; its mean was $455.

McKee Nelson reported fielding 224 attorneys this year, representing a 30.2 percent growth rate for the law firm since 2006. In 2007, it added 32 associates. But in light of the slowdown in private-equity and structured-finance work, the firm recently initiated voluntary, temporary "sabbaticals" for associates.

Those cutbacks and the reassignments of other lawyers have affected about 29 associates, said McKee Nelson partner William Nelson.

Nelson said that the attorneys performing credit-market work billed by the project, not by the hour. "Rates are not an issue for us," he said. "Our clients wouldn't hire us if they didn't think our rates for services were fair."

That logic may hold true for some rates, but not for all, said Hackett of the Association of Corporate Counsel.

"The problem isn't the $1,000-an-hour lawyer who's worth it," she said. "It's the $450-per-hour associates who aren't."

**Related chart:**

Billing Rates by Associate Class

**Additional information:**

Nationwide Sampling of Law Firm Billing Rates

Alternative Billing Variants