IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Allan and Pamela Savage, | No. CIV 08-1780-PHX-JAT |
|---|---|
| Plaintiff, | |
| v. | **DECLARATION OF STEVEN SOLOCMAN, ESQ. IN SUPPORT OF PLAINTIFFS' APPLICATION FOR ATTORNEYS' FEES AND COSTS** |
| NIC, Inc. | |
| Defendants. | |

I, Steven Solomon, Esq., declare and state as follows:

1. I am an attorney licensed in the State of California and am admitted to practice in federal Northern District of California, the federal Ninth Circuit Court of Appeals, and the United States Supreme Court.

2. Since July, 2008, I was Supervising Attorney at Legal Aid of Marin, San Rafael, CA.

3. For twenty-three (23) years, I practiced in the area of consumer rights involving consumer disputes of individuals and small businesses for breach of warranty ("lemon law"), credit, employment, building contractors, fraud, and breach of contract. I have obtained two of California's largest lemon law judgments for physically disabled clients.

4. I had eight published appellate decisions out of almost 50 appeals handled, including precedents affecting the rights of those involuntarily committed to mental institutions and the rights of de facto parents in juvenile dependency proceedings. (*In re Elsie Smith* (1986) 187 Cal.App.3d 903; *In re Andre G.* (1989) 210 Cal.App.3d 62; *In re Rachael C.* (1991) 235 Cal.App.3d 1445; & *In re Matthew C.* (1993) 6 Cal.4th 386.).

5. I had articles published in legal journals and was quoted in larger media articles such a Jan. 1995, Smart Money magazine article on lemon laws and an Aug. 1998, New York Times article about gag clauses in lemon law settlement agreements. Another case, involving rental car companies' sale of salvaged cars, was featured in a 2002 Consumer Reports issue and broadcast that year on both local and national NBC news shows.

6. My practice was highlighted in the Santa Clara County Bar Assoc. journal (Spring 1995), and featured on KGO TV Channel 7 News' "7 On Your Side" and KRON's "Contact 4" consumer advocacy segments.

7. From 1994-2007, I testified before the California Legislature on the lemon law and other consumer laws, and assisted legislative staff.

8. During the course of my consumer litigation practice I developed extensive knowledge about the efficient handling of consumer cases and familiarity with the prevailing hourly rates that are being awarded and charged to Consumer

Clients all over the country for this kind of work by consumer litigation practitioners.

9.  I was asked by plaintiff's counsel to review a statement of time submitted for this case, and attorney billing rates, and find that the time incurred by Plaintiff's attorneys in this case is reasonable given the complexity of issues presented and the research necessary to initiate and prosecute a consumer's claims under the FDCPA.

10. Further, based upon my observations, experience and research into the current rates for Consumer Lawyers practicing in this area, the hourly rates requested for the attorneys of Krohn & Moss are commensurate with their experience and in accord with the prevailing rates for Consumer Lawyers practicing under the FDCPA.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. This declaration was executed on September 16, 2009 at San Rafael, California.

Steven Solomon, Esq.
Legal Aid of Marin
30 North San Pedro Road
Suite 220
San Rafael, CA 94903
(415) 492-0230

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Allan and Pamela Savage,<br><br>                      Plaintiff,<br>v.<br>NIC, Inc.<br><br>                      Defendants. | No. CIV 08-1780-PHX-JAT<br><br>**DECLARATION OF CRAIG THOR KIMMEL IN SUPPORT OF PLAINTIFFS' APPLICATION FOR ATTORNEYS' FEES AND COSTS** |

I, Craig Thor Kimmel, Esq., declare and state as follows:

1. I am an attorney in good standing and have been admitted to practice in Pennsylvania, New York and Massachusetts.

2. I am active in the Philadelphia Trial Lawyers Association, the Pennsylvania Bar Association and the New York Bar Association, and also a member in good standing of the National Association of Consumer Advocates (www.naca.org) and the American Bar Association.

3. Since 1997, I have served as legal consultant to the Pennsylvania House of Representatives, Consumer Affairs Committee, and have been credited with writing the first Computer Lemon Law bill, which has served as a model not only for Pennsylvania, but Illinois, Connecticut and California.

- 1 -

4. I have also worked with the Commonwealth in writing the only two amendments to the Pennsylvania Lemon Law: inclusion of leased vehicles and notice provisions involving reacquired vehicle sales.

5. Since 1989, I have personally represented many thousands of consumers t in all aspects of litigation including numerous jury trials and arbitrations as well as class actions.

6. I have also successfully briefed and argued cases before the Untied States Court of Appeals for the Third Circuit in matters of national impact, specifically relating to 16 CFR Part 703 and the American Arbitration Act of 1929.

7. I have been interviewed more than 200 times by newspapers, magazines, television and radio, as well as being regularly featured as consumer correspondent on various programs and talk shows.

8. As an expert in the field of warranty litigation, I have presented Continuing Legal Education seminars for the Bar and spoken for professional organizations across the tri-state region more times than I can recall.

9. I have been asked by counsel to review statement of time submitted for this case and find that the time incurred by Plaintiff's attorney is reasonable given the complexity of issues presented and research necessary to initiate and prosecute a consumer's claims under the FDCPA.

10. Further, based upon my observations, experience and research into the current rates for Consumer Lawyers within the community, the hourly rates requested by Krohn & Moss are commensurate with experience and in accord with the

- 3 -

prevailing rates for Consumer Lawyers practicing under the FDCPA in the legal community.

I declare under penalty of perjury under the laws of the State of Florida that the foregoing is true and correct. This declaration was executed on _____9-16_____, 2009 at Ambler, Pennsylvania.

_____
Craig Thor Kimmel, Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002-4514
(215) 540-8888

- 3 -