# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pamela Savage and Allen Savage, ) | **JUDGMENT IN A CIVIL CASE** |
| ) | |
| Plaintiff, ) | CV08-1780-PHX-JAT |
| ) | |
| v. ) | |
| ) | |
| NIC, Inc., ) | |
| ) | |
| Defendants. ) | |

Pursuant to the Court's order filed September 10, 2009 and upon the Court's instruction therein, judgment is entered for the Plaintiff and against Defendant NIC, Inc., dba Nemo's Investigations and Collections Inc. in the amount of $2,000.00, plus costs accrued.

JUDGMENT ENTERED this 22nd day of September, 2009.

RICHARD H. WEARE
District Court Executive/Clerk

s/E.Leon
By: Deputy Clerk

cc: (all counsel)