**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Allan Savage; Pamela Savage, | No. CV 08-1780-PHX-JAT |
| Plaintiffs, | **ORDER** |
| vs. | |
| NIC, Inc., | |
| Defendant. | |

      Pending before the Court is Plaintiffs' Motion for Attorneys' Fees (Doc. ##s 32&34). Plaintiffs accepted an Offer of Judgment from Defendant on September 8, 2009. (Doc. #30.) Pursuant to that acceptance, the Court ordered the Clerk of the Court to direct judgment in favor of Plaintiffs and against Defendant in the amount of $2000, plus costs accrued. (Doc. #31.) The Court also ordered that Plaintiffs would receive an award of attorneys fees to be determined based on Plaintiffs' application for fees. (Doc. #31.)

      Plaintiffs filed their Application for Attorneys' Fees on September 17, 2009. (Doc. #32.) They filed a Supplement to their Application on November 6, 2009. (Doc. #34.) Defendant has not replied to either the Application or the Supplement. Therefore, pursuant to Local Rule of Civil Procedure 7.2(i), the Court will grant Plaintiffs' Motion for Attorneys's Fees.

      Accordingly,

IT IS THEREFORE ORDERED Granting Plaintiffs' Application for Attorneys' Fees and costs (Doc. #32) in the amount of $16,290.50.

DATED this 8th day of January, 2010.

_____
James A. Teilborg
United States District Judge