1

2

3

4

William W. Holder   #009478
Skarecky & Holder, P.A.
3130 North Third Avenue, #300
Phoenix, Arizona 85013
(602) 248-0393
Attorneys for Defendant

5

6

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

7

8

9

10

11

12

Pamela Savage and Allan Savage,           )
                                          )
                      Plaintiff,          )
                                          )
v.                                        )
                                          )
NIC, Inc., dba Nemo's Investigations and  )
Collections,                              )
                      Defendant.          )
_____)

No. 2:08-cv-01780-JAT

REPLY IN SUPPORT OF
MOTION TO SET ASIDE ORDER
DATED JANUARY 8, 2010

13

14

15

16

17

18

19

        Defendant is not asking for a second chance to appeal, but only for the Court to

consider its objections to the plaintiffs' application for attorney fees.

        There is also no strategic miscalculation here; undersigned counsel simply

misunderstood the September 22, 2009 judgment, believing it to be a final judgment, which

seemed reasonable (at least at the time) since that judgment was signed five days after

plaintiffs had filed a motion for attorney fees.

20

21

                              /s/ WILLIAM W. HOLDER          #009478
                              Dated: January 25, 2010
                              Attorneys for Defendant

22

23

24

COPY of the foregoing
mailed and e-mailed
January 25, 2010, to:

25

26

27

Ryan Lee, Esq.
Krohn & Moss, Ltd.
10635 Santa Monica Blvd., #170
Los Angeles, CA 90025
Attorneys for Plaintiffs

28

/s/ William W. Holder