Ryan Lee
Plaintiff or Attorney for Plaintiff

10474 Santa Monica Blvd. Ste 401
Address
Los Angeles, CA 90025

# Maricopa County Justice Courts, State of Arizona

CASE NUMBER: CV 08-1780-PHX-JAT

Allan & Pamela Savage
20502 N. Grayhawk Dr. Unit 1076
Scottsdale, AZ 85255
Plaintiff(s) Name / Address

NTC Inc.
14631 N. Cave Creek Rd.
Phoenix, AZ 85022
Defendant(s) Name / Address

## WORKSHEET FOR COMPUTATION OF JUDGMENT DUE

I am filing this worksheet in connection with the filing of a:
☐ AFFIDAVIT FOR RENEWAL OF JUDGMENT  ☐ WRIT OF GARNISHMENT  ☒ WRIT OF EXECUTION

| Amount | Description |
|---|---|
| $ 18,290.50 | Original judgment amount, including costs awarded with the judgment. |
| $ | Accrued interest on Judgment (and how computed) |
|  | Accrued court costs |
| $ | Issue of a Writ of Restitution |
| $ | Service of a Writ of Restitution |
| $ | Issue of an Order for Supplemental Proceedings |
| $ | Service of an Order for Appearance for Supplemental Proceedings |
| $ | Issue of a Writ of Garnishment |
| $ | Service of a Writ of Garnishment |
| $ | Bank fee search (with Writ of Garnishment) |
| $ | Issue of a Writ of Execution |
| $ | Service of a Writ of Execution |
| $ | Issue of a Subpoena (not included with judgment) |
| $ | Service of a Subpoena (not included with judgment) |
| $ | Subpoena witness fees (not included with judgment) |
| $ | Certified copy fees |
| $ | Recording fees |
| $ | Other costs (identify): |
| $ (2,675.20) | **Less setoffs** Payments made |
| $ ( ) | Outstanding counterclaim judgments against me by the debtor |
| $ ( ) | Other credits allowed |
| $ 15,615.30 | **Total sum due** |

I state under penalty of perjury that the foregoing is true and correct.

Date: 1/26/10

8150 – 128 R:11-04



# Maricopa County Justice Courts, Arizona

CASE NUMBER: _CV-08-1780-PHX-JAT_

Plaintiff(s) Name / Address: _Allan + Pamela Savage_
_20802 N. Greyhawk_

Defendant(s) Name / Address: _NJC, Inc._
_14631 N. Cave Creek Rd._
_Phoenix, AZ 85022_

## WRIT OF EXECUTION

**THE STATE OF ARIZONA TO THE SHERIFF OR CONSTABLE IN MARICOPA COUNTY:**

On _January 11, 2010_ a judgment was entered against the ☐ Plaintiff ☒ Defendant for the following amount, plus accruing costs and the costs of this Writ:

- $ _2,000_      Original judgment
- $ _____   Accrued interest from date of judgment
- $ _16,290.50_  Accrued court costs _+ FEES_
- $ _2,675.20_   Less setoffs, if any *(payments made or credits allowed, including any outstanding counterclaim judgments)*
- $ _15,615.30_  Total sum due

☒ **GENERAL EXECUTION**

YOU ARE COMMANDED to make diligent effort to satisfy the judgment by executing on the stated sum of money of the defendant's, or to levy on and sell such non-exempt personal property of the defendant's as is necessary to satisfy this judgment. The property is believed to be located at: _____

☐ **SPECIAL EXECUTION**

YOU ARE COMMANDED to make diligent effort to levy on and sell the following described non-exempt personal property: _____

The property is believed to be located at: _____

Make execution and return of this Writ within sixty (60) days, and to notify the judgment debtor of such return.

Date: _____

Justice of the Peace

### CERTIFICATE OF SERVICE

I state under penalty of perjury that the foregoing is true and correct.

I received this Writ from the court on _____, and executed same as follows:

Date / Time of Service: _____

Person served: _____

Executed at: _____

☐ No property found to levy on
☐ Sum of money levied on. $ _____ delivered to judgment debtor.
☐ Personal property levied on. A list is attached.

Date: _____

Constable

8150 – 137 R:03-05